

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00018-CV

Isaac Montes
v.
Overhead Door Corporation, Randall Furbay, Individually and as Overhead
Management and Jane Doe, Individually and as Overhead Management

On Appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2018-DCL-04753

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant Isaac Montes, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

November 14, 2019